| | |
|---|---|
| 1 | Edward Kmett (CA Bar No. 204374) |
|   | ekmett@fchs.com |
| 2 | FITZPATRICK, CELLA, HARPER & SCINTO |
|   | 650 Town Center Drive |
| 3 | Suite 1600 |
|   | Costa Mesa, CA 92626 |
| 4 | Telephone: (714) 540-8700 |
|   | Facsimile: (714) 540-9823 |
| 5 | |
|   | Anthony M. Zupcic (*Not Yet Admitted Pro Hac Vice*) |
| 6 | azupcic@fchs.com |
|   | Robert H. Fischer *Not Yet Admitted Pro Hac Vice*) |
| 7 | rfischer@fchs.com |
|   | Douglas Sharrott (*Not Yet Admitted Pro Hac Vice*) |
| 8 | dsharrott@fchs.com |
|   | FITZPATRICK, CELLA, HARPER & SCINTO |
| 9 | 1290 Avenue of the Americas |
|   | New York, New York 10112 |
| 10 | Telephone: (212) 218-2100 |
|   | Facsimile: (212) 218-2200 |
| 11 | |
|   | Kenneth R. Adamo (*Not Yet Admitted Pro Hac Vice*) |
| 12 | kradamo@jonesday.com |
|   | JONES DAY |
| 13 | 901 Lakeside Avenue |
|   | Cleveland, Ohio 44114-1190 |
| 14 | Telephone: (216) 586-7120 |
|   | Facsimile: (216) 579-0212 |
| 15 | Attorneys For Defendant |
|   | International Business Machines Corporation |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAMBUS INC, | ) | |
|  | ) | Case No. C 10-03736 JCS |
|  | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR A THIRTY-** |
|  | ) | **DAY EXTENSION OF TIME TO** |
| INTERNATIONAL BUSINESS | ) | **FILE ANSWER OR OTHERWISE** |
| MACHINES CORPORATION | ) | **RESPOND TO THE COMPLAINT** |
|  | ) | |
| Defendant. | ) | |

1 | Pursuant to Civil L.R. 6-1(a), Defendant International Business Machines Corporation

2 | ("IBM") and Plaintiff Rambus Inc. ("Rambus") hereby stipulate and agree as follows:

3 |   (1) IBM shall have a thirty (30) day extension of time to file an answer or

4 | otherwise respond to the Complaint filed in this case.  IBM's response to the Complaint was due on

5 | Monday, September 13, 2010 and is now due on Wednesday, October 13, 2010.

6 |

7 | STIPULATED AND AGREED TO on September 10, 2010:

8 |

9 | By: s/ Tina E. Hulse        By: s/ Edward A. Kmett

  (With Permission)         Edward A. Kmett (CA Bar. No. 204374)

10 |   Tina E. Hulse (CA Bar No. 232936)  FITZPATRICK, CELLA,
  tina.hulse@finnegan.com       HARPER & SCINTO

11 |   FINNEGAN, HENDERSON,    650 Town Center Drive
   FARABOW, GARRETT &     Suite 1600

12 |    DUNNER, L.L.P.        Costa Mesa, CA 92626
  3300 Hillview Avenue       Telephone: (714) 540-8700

13 |   Palo Alto, CA 94304-1203     Facsimile:  (714) 540-9823
  Telephone:  (650) 849-6600

14 |   Facsimile:   (650) 849-6666

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

-1-

| | | |
|---|---|---|
| 1 | Barbara Clarke McCurdy<br>(*Not Yet Admitted Pro Hac Vice*) | Anthony M. Zupcic<br>*(Not Yet Admitted Pro Hac Vice)* |
| 2 | Naveen Modi<br>(*Not Yet Admitted Pro Hac Vice*) | Robert H. Fischer<br>*(Not Yet Admitted Pro Hac Vice)* |
| 3 | Srikala P. Atluri<br>(*Not Yet Admitted Pro Hac Vice*) | Douglas Sharrott<br>*(Not Yet Admitted Pro Hac Vice)* |
| 4 | FINNEGAN, HENDERSON,<br>  FARABOW, GARREIT & | FITZPATRICK, CELLA,<br>  HARPER & SCINTO |
| 5 |   DUNNER, L.L.P.<br>901 New York Avenue, N.W. | 1290 Avenue of the Americas<br>New York, New York 10104-3800 |
| 6 | Washington, D.C. 20001<br>Telephone: (202) 408-4000 | Telephone: (212) 218-2100<br>Facsimile: (212) 218-2200 |
| 7 | Facsimile: (202) 408-4400 | |
| 8 | | Kenneth R. Adamo<br>(*Not Yet Admitted Pro Hac Vice*)<br>kradamo@jonesday.com |
| 9 | | JONES DAY<br>901 Lakeside Avenue |
| 10 | | Cleveland, Ohio 44114-1190<br>Telephone: (216) 586-7120 |
| 11 | | Facsimile: (216) 579-0212 |
| 12 | Attorneys for Rambus Inc. | Attorneys for<br>International Business Machines Corporation |

Dated: 9/14/10    IT IS SO ORDERED.

/s/ Joseph C. Spero
U.S. Magistrate Judge

-2-

CV 10-03736 - STIPULATION FOR A THIRTY-DAY EXTENSION

# CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on September 10, 2010, a true and correct copy of the foregoing was filed electronically via the Court's ECF system, pursuant to Civil L.R. 5-4, and served electronically, pursuant to Civil L.R. 5-5(b) and this Court's General Order No. 45(IX), on all counsel of record, including:

<u>Counsel for Plaintiff, Rambus Inc.</u>
Tina E. Hulse
tina.hulse@finnegan.com

A courtesy copy of the foregoing was also served by e-mail on counsel for Plaintiff listed below:

Barbara Clarke McCurdy – barbara.mccurdy@finnegan.com

Naveen Modi – naveen.modi@finnegan.com

Srikala P. Atluri – srikala.atluri@finnegan.com

Date: September 10, 2010

/s/ Edward A. Kmett