IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMBUS INC., | |
| Plaintiff, | No. C 10-03736 JSW |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | **ORDER DENYING PLAINTIFF'S MOTION FOR INTRA-DISTRICT TRANSFER** |
| Defendant. | |

Now before the Court is the motion filed by plaintiff Rambus Inc. ("Rambus") for intra-district transfer to the San Jose division of this Court. This matter is now fully briefed and ripe for consideration. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-19(b). Accordingly, the hearing set for November 5, 2010 is HEREBY VACATED. Having carefully reviewed the parties' papers, considered their arguments and the relevant authority, and good cause appearing, the Court hereby denies Plaintiffs' motion.

Pursuant to Northern District Civil Local Rule 3-2(d), intellectual property cases are excepted from the rule that actions will be assigned to the division of this Court where the action arises. Instead, the rule provides that intellectual property cases are to be assigned on a district-wide basis. The Court cannot contravene the Local Rules and transfer this specific

///

///

intellectual property matter to the San Jose division. According, the Court DENIES Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: October 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California