Barbara Clarke McCurdy (Admitted *pro hac vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *pro hac vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *pro hac vice*)
srikala.alturi@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Tina E. Hulse (State Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Defendant
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>RAMBUS INC.,<br><br>             Defendant. | Case No. C 10-04017 JSW<br>(Related Case: C 10-03736 JSW)<br><br>**STIPULATED REQUEST FOR ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE;**<br><br>**SUPPORTING DECLARATION OF TINA E. HULSE;**<br><br>**[PROPOSED] ORDER** |

1       Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff International Business Machines Corporation ("IBM") and Defendant Rambus Inc. ("Rambus"), through their respective counsel of record, stipulate to and respectfully request the Court to order as follows:

      1.       The Court held that *Rambus Inc. v. International Business Machines Corporation*, Case No. C 10-03736 JSW (N.D. Cal.) ("the *Rambus* action") is related to this action in its Related Case Order entered on October 21, 2010 (Dkt. No. 16).

      2.       The Court ordered that the Case Management Conference in the *Rambus* action occur on December 3, 2010, at 1:30 pm. Declaration of Tina E. Hulse ("Hulse Decl."), Ex. A.

      3.       The Court also scheduled the Case Management Conference in this action for December 3, 2010, at 1:30 pm. *See* Dkt. No. 17.

      4.       Rambus filed a Motion to Dismiss (Dkt. No. 19), which is scheduled to be heard on January 14, 2011, at 9:00 am. *See* Dkt. No. 21.

      5.       The parties met and conferred on November 12, 2010, pursuant to Federal Rule of Civil Procedure 26(f). Hulse Decl. ¶ 6.

      6.       The parties jointly request that the Court continue the Case Management Conference for this action until the hearing on Rambus's Motion to Dismiss, i.e., January 14, 2011. The parties are concurrently making a similar request in the *Rambus* action. The parties are requesting the Court to continue the Case Management Conferences in the interests of efficiency, as both parties' lead counsel reside on the East Coast and moving the Case Management Conferences would allow the Court to hear all issues at once and would obviate the need for counsel to take two trips to California within six weeks. *See id.* ¶¶ 6-8.

      7.       The parties further request that, in light of the new proposed date for the Case Management Conference, the Joint Case Management Statement, Rule 26(f) Report, and Rule 26(a) initial disclosures all be due on January 7, 2011.

      By her signature below, counsel for Defendant attests that counsel for Plaintiff concurs in the filing of this stipulation.

Respectfully submitted,

Date: November 16, 2010     By: /s/ Edward A. Kmett

    Edward A. Kmett (SBN: 204374)
    ekmett@fchs.com
    FITZPATRICK, CELLA, HARPER & SCINTO
    650 Town Center Drive, Suite 1600
    Costa Mesa, CA 92626
    Telephone: (714) 540-8700
    Facsimile: (714) 540-9823

    Anthony M. Zupcic (Admitted *pro hac vice*)
    azupcic@fchs.com
    Robert H. Fischer (Admitted *pro hac vice*)
    rfischer@fchs.com
    Douglas Sharrott (Admitted *pro hac vice*)
    dsharrott@fchs.com
    FITZPATRICK, CELLA, HARPER & SCINTO
    1290 Avenue of the Americas
    New York, New York 10112
    Telephone: (212) 218-2100
    Facsimile: (212) 218-2200

    Kenneth R. Adamo (Admitted *pro hac vice*)
    kradamo@jonesday.com
    JONES DAY
    901 Lakeside Avenue
    Cleveland, Ohio 44114-1190
    Telephone: (216) 586-7120
    Facsimile: (216) 579-0212

    Attorneys for Plaintiff,
    International Business Machines Corporation

Date: November 16, 2010     By: /s/ Tina E. Hulse

    Tina E. Hulse (CA Bar No. 232936)
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
    3300 Hillview Avenue
    Palo Alto, California 94304-1203
    Telephone: (650) 849-6600
    Facsimile: (650) 849-6666
    tina.hulse@finnegan.com

Barbara Clarke McCurdy (Admitted *pro hac vice*)
Naveen Modi (Admitted *pro hac vice*)
Srikala P. Atluri (Admitted *pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
barbara.mccurdy@finnegan.com
naveen.modi@finnegan.com
srikala.atluri@finnegan.com

Attorneys for Defendant,
Rambus Inc.

**SUPPORTING DECLARATION OF TINA E. HULSE**

I, TINA E. HULSE, declare as follows:

1.  I am an associate at Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel for Plaintiff Rambus Inc. ("Rambus"). I submit this declaration in support of the parties' Stipulation Rescheduling Case Management Conference. I make this declaration of my own personal knowledge and will competently testify thereto if called upon to do so.

2.  On October 21, 2010, the Court held in its Related Case Order that this action is related to *Rambus Inc. v. International Business Machines Corporation*, Case No. C 10-03736 JSW (N.D. Cal.) ("the *Rambus* action"). *See* Dkt. No. 16.

3.  The Court's September 21, 2010, Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. No. 13) in the *Rambus* action (a true and correct copy of which is attached as Exhibit A) ordered that the Case Management Conference occur on December 3, 2010, at 1:30 pm.

4.  On October 28, 2010, in its Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. No. 17), the Court ordered that the Case Management Conference would also occur on December 3, 2010, at 1:30 pm.

5.  On October 29, 2010, Rambus filed a Motion to Dismiss Complaint (Dkt. No. 19), which is scheduled to be heard by this Court on January 14, 2011, at 9:00 am. *See* Re-Notice of Defendant Rambus Inc.'s Motion to Dismiss Complaint (Dkt. No. 21).

6.  The parties met and conferred on November 12, 2010, pursuant to Federal Rule of Civil Procedure 26(f). During that conference, which I attended, Rambus proposed stipulating that the Case Management Conferences for both actions be postponed until the hearing on Rambus's Motion to Dismiss.

7.  Because both parties' lead counsel reside on the East Coast, continuing the Case Management Conference for both actions until the hearing on Rambus's Motion to Dismiss serves the interests of efficiency, as doing so would allow the Court to hear all issues at once and would obviate the need for counsel to take two trips to California within six weeks.

4

STIPULATED REQUEST RE: RESCHEDULING
CASE MANAGEMENT CONFERENCE
CASE NO. C 10-04017 JSW

8. On November 15, 2010, counsel for IBM informed counsel for Rambus that IBM agreed to stipulate to changing the date of the Case Management Conference from December 3, 2010, to January 14, 2011, and the date for filing the Rule 26(f) report and serving Rule 26(a) initial disclosures to January 7, 2011. Attached as Exhibit B is a true and correct copy of the November 15, 2010, e-mail correspondence from Douglas Sharrott, counsel for IBM, to Barbara McCurdy, counsel for Rambus, indicating IBM's agreement to the stipulation.

9. There have been no previous time modifications of the Case Management Conference following reassignment to this Court.

10. A change in time in the Case Management Conference from December 3, 2010, to January 14, 2011, will not affect the schedule or any current deadlines, as a case schedule has not yet been entered in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed this 16th day of November, 2010, at Palo Alto, California.

By: /s/ Tina E. Hulse
Tina E. Hulse

1   **[PROPOSED] ORDER**

Pursuant to the stipulation between the parties and good cause appearing, it is hereby ORDERED that:

   1.   The Case Management Conference shall be rescheduled to January 14, 2011, following arguments regarding Rambus's Motion to Dismiss (Dkt. No. 19).

   2.   The Joint Case Management Conference Statement and Rule 26(f) Report shall be filed no later than January 7, 2011.

   3.   The parties shall serve Rule 26(a) initial disclosures no later than January 7, 2011.

   **IT IS SO ORDERED**.

Date:   November 24, 2010

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California