Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:    (202) 408-4000
Facsimile:    (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                Defendant. | CASE NO.  C 10-03736 JSW<br>(Related Case:  C 10-04017 JSW)<br><br>**PLAINTIFF RAMBUS INC.'S ADMINISTRATIVE MOTION TO CONSIDER LETTER TO THE COURT;**<br><br>**SUPPORTING DECLARATION OF TINA E. HULSE;**<br><br>**[PROPOSED] ORDER** |

On February 24, 2011, Defendant International Business Machines Corporation ("IBM") submitted via e-mail a letter to the Court without Plaintiff Rambus Inc.'s ("Rambus") approval or comments.  Not only did IBM's letter violate this Court's standing order on communications with the Court, IBM's letter violated this Court's standing order on discovery disputes, which expressly states that the parties must submit a "*joint* letter brief" to the Court.  Rambus has no choice but to respond to the mischaracterizations in IBM's letter, but does not wish to violate the Court's standing order.

Accordingly, while Rambus regrets any inconvenience to the Court caused by these letters, Rambus respectfully requests that the Court either disregard IBM's letter and require the parties to submit a joint letter brief, or, if the Court considers IBM's letter, to consider Rambus's responsive letter (attached as Exhibit A), as well.

## SUPPORTING DECLARATION OF TINA E. HULSE

I, TINA E. HULSE, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am an associate of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., counsel for Rambus in the above-entitled action.  The matters stated herein are based upon my personal knowledge, and if called as a witness, would testify as to them.

2. The representations made in this Administrative Motion and Declaration are true and correct to the best of my knowledge and belief.

3. On February 23, 2011, I received from IBM's counsel, Robert Fischer, an e-mail attaching a draft letter to the Court and stating, "We invite Rambus to join in submitting this letter, but we will proceed to finalize and file it ourselves sometime tomorrow afternoon (Pacific) if we do not hear from you by then."

4. On February 24, 2011, I responded to Mr. Fischer with an alternative proposed case schedule to avoid involving the Court.  I also stated, "If you do not agree and intend to file a letter today, please let us know so we can send you Rambus's position for the letter, as your letter does not characterize our position correctly."

1    5.    After a series of e-mails regarding IBM's proposed letter to the Court, a telephone call I had with the Court's clerk, and a telephone conference with Mr. Fischer, I received an e-mail from IBM's counsel, Edward Kmett, attaching "a copy of a Letter Brief being submitted to Judge White in accordance with his standing order on discovery disputes." The attached letter included revisions to the letter sent to me on February 23, 2011.

6.    I responded to Mr. Kmett, stating, "As you know, the standing order requires letters to the Court to be joint letter briefs. We will get back to you with our comments on your proposed letter."

7.    IBM's counsel, Mr. Fischer, then responded to my e-mail, stating the letter to the Court had already been submitted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed this 25th day of February, 2011, at San Francisco, California.

Dated:  February 25, 2011        By: /s/ Tina E. Hulse
                                 Tina E. Hulse (CA Bar No. 232936)
                                 tina.hulse@finnegan.com
                                 FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, L.L.P.
                                 3300 Hillview Avenue
                                 Palo Alto, California  94304-1203
                                 Telephone:     (650) 849-6600
                                 Facsimile:     (650) 849-6666

                                 Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
                                 barbara.mccurdy@finnegan.com
                                 Naveen Modi (Admitted *Pro Hac Vice*)
                                 naveen.modi@finnegan.com
                                 Srikala P. Atluri (Admitted *Pro Hac Vice*)
                                 srikala.atluri@finnegan.com
                                 FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, L.L.P.
                                 901 New York Avenue, N.W.
                                 Washington, D.C.  20001
                                 Telephone:     (202) 408-4000
                                 Facsimile:     (202) 408-4400

                                 Attorneys for Plaintiff
                                 Rambus Inc.

**PROPOSED ORDER**

**IT IS HEREBY ORDERED** that Rambus's Administrative Motion is **GRANTED.**

The Court orders the parties to submit a joint letter brief in accordance with the Court's standing order on discovery disputes.

[or, in the alternative: The Court shall consider both letter briefs of the parties.]

Dated: _____, 2011

_____
Jeffrey S. White
United States Court District Judge