Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiff
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>              Defendant. | CASE NO. C 10-03736 JSW<br>(Related Case:  C 10-04017 JSW)<br><br>**STIPULATION RE: FILING OF PLAINTIFF RAMBUS INC.'S FIRST AMENDED COMPLAINT;**<br><br>**[PROPOSED] ORDER** |

1    The parties, through their respective counsel, hereby stipulate that, subject to the approval of
2    the Court, Plaintiff Rambus Inc. ("Rambus") be granted leave to file its First Amended Complaint, a
3    copy of which is attached hereto as Exhibit 1.  Rambus's First Amended Complaint shall be filed
4    within three court days after the Court enters this Order.
5    　　　By her signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the
6    filing of this stipulation.

7    　　　　　　　　　　　　　　　　　　　Respectfully submitted,

8    Date:  March 10, 2011　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, L.L.P.
9

10   　　　　　　　　　　　　　　　　　　　By:     /s/  Tina E. Hulse
　　　　　　　　　　　　　　　　　　　　　　Tina E. Hulse (CA Bar No. 232936)
11   　　　　　　　　　　　　　　　　　　　　tina.hulse@finnegan.com
　　　　　　　　　　　　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
12   　　　　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, L.L.P.
　　　　　　　　　　　　　　　　　　　　　3300 Hillview Avenue
13   　　　　　　　　　　　　　　　　　　　　Palo Alto, California  94304-1203
　　　　　　　　　　　　　　　　　　　　　Telephone:(650) 849-6600
14   　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 849-6666

15   　　　　　　　　　　　　　　　　　　　　Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　barbara.mccurdy@finnegan.com
16   　　　　　　　　　　　　　　　　　　　　Naveen Modi (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　naveen.modi@finnegan.com
17   　　　　　　　　　　　　　　　　　　　　Srikala P. Atluri (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　srikala.atluri@finnegan.com
18   　　　　　　　　　　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, L.L.P.
19   　　　　　　　　　　　　　　　　　　　　901 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20001
20   　　　　　　　　　　　　　　　　　　　　Telephone:(202) 408-4000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 408-4400
21
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
22   　　　　　　　　　　　　　　　　　　　　Rambus Inc.

23
     Dated: March 10, 2011　　　　　　　　By:    /s/ Edward A. Kmett
24   　　　　　　　　　　　　　　　　　　　　Edward A. Kmett (SBN: 204374)
　　　　　　　　　　　　　　　　　　　　　FITZPATRICK, CELLA, HARPER & SCINTO
25   　　　　　　　　　　　　　　　　　　　　650 Town Center Drive, Suite 1600
　　　　　　　　　　　　　　　　　　　　　Costa Mesa, CA 92626
26   　　　　　　　　　　　　　　　　　　　　Telephone: (714) 540-8700
　　　　　　　　　　　　　　　　　　　　　Facsimile: (714) 540-9823
27
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
28   　　　　　　　　　　　　　　　　　　　　International Business Machines Corporation

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefore;

**IT IS SO ORDERED.**

Dated:  March 11, 2011

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California