Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:     (202) 408-4000
Facsimile:     (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiff
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., | CASE NO. C 10-03736 JSW |
| Plaintiff, | (Related Case:  C 10-04017 JSW) |
| v. | **STIPULATION RE: CASE SCHEDULE;** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | **SUPPORTING DECLARATION OF TINA E. HULSE;** |
| Defendant. | **[PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Rambus Inc. ("Rambus") and Defendant International Business Machines Corporation ("IBM"), through their respective counsel of record, respectfully request, and with the Court's permission, stipulate to a four-week extension of the current case schedule to allow the parties to effectively discuss settlement.  More specifically, with the Court's permission, the parties hereby stipulate that the current schedule set forth in the January 18, 2011, Civil Minute Order [Dkt. 50] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2(a), (b)) | April 18, 2011 | May 16, 2011 |
| Meet and confer re Joint Claim Construction and Prehearing Statement (Patent L.R. 4-2(c)) | April 25, 2011 | May 23, 2011 |
| Last day to request leave to designate additional terms for claims construction JSW Standing Order ¶ 4 | April 29, 2011 | May 27, 2011 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) – Includes Expert Testimony.  Parties must attach copies of patents, make available file histories to Court for each involved patent | May 13, 2011 | June 10, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-3) | June 13, 2011 | July 11, 2011 |
| Rambus Opening Claim Construction Brief (Patent L.R. 4-5(a)). 25 page limit | June 27, 2011 | July 25, 2011 |
| IBM Responsive Claim Construction Brief (Patent L.R. 4-5(b)).  25 page limit | July 11, 2011 | August 8, 2011 |

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Rambus - Reply Brief and any evidence directly rebutting the supporting evidence (Patent L.R. 4-5(c)).  - 15 page limit<br><br>Amended Joint Claim Construction Statement | July 18, 2011 | August 15, 2011 |
| Tutorial for the Court | August 9, 2011 | September 6, 2011, or any later date, subject to the convenience of the Court's calendar |
| Claim Construction ("*Markman*") Hearing (Patent L.R. 4-6). | August 23, 2011 | September 20, 2011, or any later date, subject to the convenience of the Court's calendar |

By her signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the filing of this stipulation.

Respectfully submitted,

Date:  April 14, 2011

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.


By:____/s/  Tina E. Hulse_____
      Tina E. Hulse (CA Bar No. 232936)
      tina.hulse@finnegan.com
      FINNEGAN, HENDERSON, FARABOW,
         GARRETT & DUNNER, L.L.P.
      3300 Hillview Avenue
      Palo Alto, California  94304-1203
      Telephone:(650) 849-6600
      Facsimile: (650) 849-6666

1
2
3
4
5
6
7
8

Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
Telephone:(202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff,
Rambus Inc.

9
10
11
12
13
14

Dated: April 14, 2011

By: ___/s/ Edward A. Kmett_____
Edward A. Kmett (SBN: 204374)
FITZPATRICK, CELLA, HARPER & SCINTO
650 Town Center Drive, Suite 1600
Costa Mesa, CA 92626
Telephone: (714) 540-8700
Facsimile: (714) 540-9823

Attorneys for Defendant,
International Business Machines Corporation

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE
CASE NO. C 10-03736 JSW

## SUPPORTING DECLARATION OF TINA E. HULSE

I, TINA E. HULSE, declare as follows:

1.   I am an associate at Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel for Plaintiff Rambus Inc. ("Rambus").  I submit this declaration in support of the parties' Stipulation Regarding Case Schedule.  I make this declaration of my own personal knowledge and will competently testify thereto if called upon to do so.

2.   On January 18, 2011, the Court entered a Civil Minute Order ("Order") [Dkt. 50] following the initial Case Management Conference.  The Order instructed the parties to follow IBM's proposed claim construction briefing schedule set forth in the January 14, 2011, case management statement [Dkt. 49].  The Order also set the technology tutorial for August 9, 2011, at 1:30 p.m. and the Markman Hearing for August 23, 2011, at 1:30 p.m.

3.   The parties, both the respective corporate representatives and outside counsel, have been actively discussing resolution of this case.  Accordingly, the parties have met and conferred and agree that continuing the case schedule for four weeks will facilitate these settlement discussions.

4.   There have been no previous time modifications of the case schedule set forth in the Order.  Otherwise, the only time modification in this case was to change the Case Management Conference from December 3, 2010, to January 14, 2011, to coincide with the hearing on Rambus's motion to dismiss in related case, *International Business Machines Corp. v. Rambus Inc.*, No. C 10-04017 JSW.  *See* Dkt. 48.

5.   The requested modification in the current case schedule will not affect any other pre-trial deadlines, as the pre-trial schedule has not yet been entered in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed this 14th day of April, 2011.

                                    /s/  Tina E. Hulse
                                    Tina E. Hulse

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE
CASE NO. C 10-03736 JSW

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  April __, 2011

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California