1  Edward Kmett (CA Bar No. 204374)
   ekmett@fchs.com
2  FITZPATRICK, CELLA, HARPER & SCINTO
   650 Town Center Drive
3  Suite 1600
   Costa Mesa, CA 92626
4  Telephone: (714) 540-8700
   Facsimile: (714) 540-9823
5
   Anthony M. Zupcic (*Pro Hac Vice*)
6  azupcic@fchs.com
   Robert H. Fischer (*Pro Hac Vice*)
7  rfischer@fchs.com
   Douglas Sharrott (*Pro Hac Vice*)
8  dsharrott@fchs.com
   FITZPATRICK, CELLA, HARPER & SCINTO
9  1290 Avenue of the Americas
   New York, New York 10112
10 Telephone: (212) 218-2100
   Facsimile: (212) 218-2200
11
   Kenneth R. Adamo *(Pro Hac Vice)*
12 kradamo@kirkland.com
   KIRKLAND & ELLIS LLP
13 300 North LaSalle
   Chicago, IL 60654
14 Telephone: (312) 862-2671
   Facsimile: (312) 862-2200
15
   Attorneys For Defendant
16 International Business Machines Corporation

17                    **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMBUS INC., | Case No. C 10-03736 JSW |
| | (Related Case: C 10-04017 JSW) |
| Plaintiff, | **STIPULATION RE: CASE** |
| v. | **SCHEDULE;** |
| INTERNATIONAL BUSINESS MACHINES | **SUPPORTING DECLARATION OF** |
| CORPORATION, | **ROBERT H. FISCHER** |
| Defendant. | [PROPOSED] **ORDER** |

Pursuant to Rule 6-2 and 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Plaintiff Rambus Inc. ("Rambus") and Defendant International Business Machines Corporation ("IBM"), through their respective counsel of record, wish to advise the Court that the parties have reached a settlement in principle, and accordingly respectfully request, and with the Court's permission, stipulate to an additional two-week extension of the current case schedule to allow the parties to prepare the necessary settlement papers. More specifically, with the Court's permission, the parties hereby stipulate that the current schedule set forth in the April 15, 2011, Stipulated Order [Dkt. 60] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED SCHEDULE |
| --- | --- | --- |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2(a), (b)) | May 16, 2011 | May 31, 2011 |
| Meet and confer re Joint Claim Construction and Prehearing Statement (Patent L.R. 4-2(c)) | May 23, 2011 | June 6, 2011 |
| Last day to request leave to designate additional terms for claims construction JSW Standing Order ¶ 4 | May 27, 2011 | June 10, 2011 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) – Includes Expert Testimony.  Parties must attach copies of patents, make available file histories to Court for each involved patent | June 10, 2011 | June 24, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-3) | July 11, 2011 | July 25, 2011 |
| Rambus Opening Claim Construction Brief (Patent L.R. 4-5(a)). 25 page limit | July 25, 2011 | August 8, 2011 |

CV 10-03736 JSW – STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

| EVENT | CURRENT SCHEDULE | PROPOSED SCHEDULE |
|---|---|---|
| IBM Responsive Claim Construction Brief (Patent L.R. 4-5(b)).  25 page limit | August 8, 2011 | August 22, 2011 |
| Rambus - Reply Brief and any evidence directly rebutting the supporting evidence (Patent L.R. 4-5(c)). - 15 page limit<br><br>Amended Joint Claim Construction Statement | August 15, 2011 | August 29, 2011 |
| Tutorial for the Court | September 7, 2011 at 1:30 p.m. | September 21, 2011, or any later date, subject to the convenience of the Court's calendar |
| Claim Construction ("*Markman*") Hearing (Patent L.R. 4-6). | September 21, 2011 at 1:30 p.m. | October 5, 2011, or any later date, subject to the convenience of the Court's calendar |

By his signature below, counsel for Defendant attests that counsel for Plaintiff concurs in the filing of this stipulation.

Respectfully submitted,

Dated: May 11, 2011.

/s/ Robert H. Fischer
Robert H. Fischer, *Pro Hac Vice*
Anthony M. Zupcic, *Pro Hac Vice*
Douglas Sharrott, *Pro Hac Vice*
FITZPATRICK, CELLA, HARPER
 & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3801
Telephone:  212-218-2291
rfischer@fchs.com
azupcic@fchs.com
dsharrott@fchs.com

CV 10-03736 JSW – STIPULATION RE: CASE SCHEDULE; SUPPORTING DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

|   |   |
|---|---|
|   | Kenneth R. Adamo, *Pro Hac Vice* |
|   | kradamo@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
|   | 300 North LaSalle |
|   | Chicago, IL 60654 |
|   | Telephone:  (312) 862-2671 |
|   | Facsimile:  (312) 862-2200 |
| Dated: May 11, 2011. | By: /s/ Edward A. Kmett |
|   | Edward A. Kmett (SBN:204374) |
|   | FITZPATRICK, CELLA, HARPER & SCINTO |
|   | 650 Town Center Drive, Suite 1600 |
|   | Costa Mesa, CA 92626 |
|   | Telephone: 714-540-8700 |
|   | Facsimile: 714 540-9823 |
|   |   |
|   | Attorneys for Defendant |
|   | IBM Corporation |
| Date:  May 11, 2011 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|   |   |
|   | By:    /s/  Tina E. Hulse |
|   | Tina E. Hulse (CA Bar No. 232936) |
|   | tina.hulse@finnegan.com |
|   | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
|   | 3300 Hillview Avenue |
|   | Palo Alto, California  94304-1203 |
|   | Telephone:(650) 849-6600 |
|   | Facsimile: (650) 849-6666 |

|  |  |
|---|---|
| 1 | Barbara Clarke McCurdy (Admitted *Pro Hac Vice*) |
| 2 | barbara.mccurdy@finnegan.com |
|  | Naveen Modi (Admitted *Pro Hac Vice*) |
| 3 | naveen.modi@finnegan.com |
|  | Srikala P. Atluri (Admitted *Pro Hac Vice*) |
| 4 | srikala.atluri@finnegan.com |
|  | FINNEGAN, HENDERSON, FARABOW, |
| 5 |   GARRETT & DUNNER, L.L.P. |
|  | 901 New York Avenue, N.W. |
| 6 | Washington, D.C.  20001 |
|  | Telephone:(202) 408-4000 |
| 7 | Facsimile:  (202) 408-4400 |
| 8 | Attorneys for Plaintiff, Rambus Inc. |

CV 10-03736 JSW – STIPULATION RE: CASE SCHEDULE; SUPPORTING DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

## SUPPORTING DECLARATION OF ROBERT H. FISCHER

I, ROBERT H. FISCHER, declare as follows:

1. I am a partner in the firm Fitzpatrick, Cella, Harper & Scinto, counsel for Defendant International Business Machines Corporation ("IBM"). I submit this declaration in support of the parties' Stipulation Regarding Case Schedule. I make this declaration of my own personal knowledge and will competently testify thereto if called upon to do so.

2. On April 15, 2011, the Court entered a Stipulated Order [Dkt. 60], which sets forth the claim construction briefing schedule for this action. The Stipulated Order also sets the technology tutorial for September 7, 2011, at 1:30 p.m. and the Markman Hearing for September 21, 2011, at 1:30 p.m.

3. The parties, both the respective corporate representatives and outside counsel, have been actively discussing resolution of this case, and have reached a settlement in principle. Accordingly, the parties have met and conferred and agree that continuing the case schedule for two weeks will facilitate preparation of the necessary settlement papers precedent to resolution of this action.

4. The Court previously granted the Stipulated Order to permit settlement discussions. Otherwise, the only time modification in this case was to change the Case Management Conference from December 3, 2010, to January 14, 2011, to coincide with the hearing on Rambus's motion to dismiss in related case, *International Business Machines Corp. v. Rambus Inc.*, No. C 10-04017 JSW. *See* Dkt. 48.

5. The requested modification in the current case schedule will not affect any other pre-trial deadlines, as the pre-trial schedule has not yet been entered in this case.

CV 10-03736 JSW – STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

6

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2  correct, and this declaration was executed this 11th day of May, 2011.

                        /s/ Robert H. Fischer
                        Robert H. Fischer

CV 10-03736 JSW – STIPULATION RE: CASE SCHEDULE; SUPPORTING
DECLARATION OF ROBERT H. FISCHER; [PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 12, 2011

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California