Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Plaintiff
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　Defendant. | CASE NO. C 10-03736 JSW<br>(Related Case: C 10-04017 JSW)<br><br>**STIPULATION RE: CASE SCHEDULE;**<br><br>**SUPPORTING DECLARATION OF TINA E. HULSE;**<br><br>**[PROPOSED] ORDER** AS MODIFIED |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Rambus Inc. ("Rambus") and Defendant International Business Machines Corporation ("IBM"), through their respective counsel of record, respectfully request, and with the Court's permission, stipulate to a two-week extension of the current case schedule to allow the parties to finalize the settlement agreement and associated papers. The parties note that they have exchanged drafts and are currently working on finalizing the papers. More specifically, with the Court's permission, the parties hereby stipulate that the current schedule set forth in the May 12, 2011, Stipulated Order [Dkt. 62] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2(a), (b)) | May 31, 2011 | June 13, 2011 |
| Meet and confer re Joint Claim Construction and Prehearing Statement (Patent L.R. 4-2(c)) | June 6, 2011 | June 20, 2011 |
| Last day to request leave to designate additional terms for claims construction JSW Standing Order ¶ 4 | June 10, 2011 | June 24, 2011 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) – Includes Expert Testimony. Parties must attach copies of patents, make available file histories to Court for each involved patent | June 24, 2011 | July 8, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-3) | July 25, 2011 | August 8, 2011 |
| Rambus Opening Claim Construction Brief (Patent L.R. 4-5(a)). 25 page limit | August 8, 2011 | August 22, 2011 |
| IBM Responsive Claim Construction Brief (Patent L.R. 4-5(b)). 25 page limit | August 22, 2011 | September 6, 2011 |

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Rambus - Reply Brief and any evidence directly rebutting the supporting evidence (Patent L.R. 4-5(c)). 15 page limit<br><br>Amended Joint Claim Construction Statement | August 29, 2011 | September 12, 2011 |
| Tutorial for the Court | September 21, 2011 | October 5, 2011, or any later date, subject to the convenience of the Court's calendar |
| Claim Construction ("*Markman*") Hearing (Patent L.R. 4-6). | October 5, 2011 | October 19, 2011, or any later date, subject to the convenience of the Court's calendar |

By her signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the filing of this stipulation.

Respectfully submitted,

Date: May 27, 2011        FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.


By:     /s/  Tina E. Hulse
    Tina E. Hulse (CA Bar No. 232936)
    tina.hulse@finnegan.com
    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
    3300 Hillview Avenue
    Palo Alto, California  94304-1203
    Telephone:(650) 849-6600
    Facsimile: (650) 849-6666

|   |   |   |
|---|---|---|
| 1 | | Barbara Clarke McCurdy (Admitted *Pro Hac Vice*) |
| 2 | | barbara.mccurdy@finnegan.com |
| | | Naveen Modi (Admitted *Pro Hac Vice*) |
| 3 | | naveen.modi@finnegan.com |
| | | Srikala P. Atluri (Admitted *Pro Hac Vice*) |

Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:(202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff,
Rambus Inc.

Dated: May 27, 2011     By:    /s/ Edward A. Kmett
                                Edward A. Kmett (SBN: 204374)
                                FITZPATRICK, CELLA, HARPER & SCINTO
                                650 Town Center Drive, Suite 1600
                                Costa Mesa, CA 92626
                                Telephone: (714) 540-8700
                                Facsimile: (714) 540-9823

                                Attorneys for Defendant,
                                International Business Machines Corporation

## SUPPORTING DECLARATION OF TINA E. HULSE

I, TINA E. HULSE, declare as follows:

1. I am an associate at Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel for Plaintiff Rambus Inc. ("Rambus"). I submit this declaration in support of the parties' Stipulation Regarding Case Schedule. I make this declaration of my own personal knowledge and will competently testify thereto if called upon to do so.

2. On April 15, 2011, and May 12, 2011, the Court entered Stipulated Orders [Dkt. Nos. 60 and 62], which set forth the claim construction briefing schedule for this action. The May 12, 2011, Stipulated Order [Dkt 62] also set the technology tutorial for September 21, 2011, at 1:30 p.m. and the *Markman* Hearing for October 5, 2011, at 1:30 p.m.

3. The parties, both the respective corporate representatives and outside counsel, have been actively discussing resolution of this case, have reached a settlement in principle, and have exchanged drafts of the settlement papers and are currently working on finalizing them. Accordingly, the parties have met and conferred and agree that continuing the case schedule for two weeks will facilitate finalization of the necessary settlement papers precedent to resolution of this action.

4. The Court previously granted the Stipulated Orders to permit settlement discussions. Otherwise, the only time modification in this case was to change the Case Management Conference from December 3, 2010, to January 14, 2011, to coincide with the hearing on Rambus's motion to dismiss in related case, *International Business Machines Corp. v. Rambus Inc.*, No. C 10-04017 JSW. *See* Dkt. 48.

5. The requested modification in the current case schedule will not affect any other pre-trial deadlines, as the pre-trial schedule has not yet been entered in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed this 27th day of May, 2011.

/s/ Tina E. Hulse
Tina E. Hulse

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED. The tutorial will be held at 1:30 p.m. on October 4, 2011 and the claims construction hearing will be held at 1:30 on October 18, 2011 at 1:30 p.m.

3

4

Dated: May 31, 2011

5
_____

The Honorable Jeffrey S. White
United States District Judge
6
Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28