Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorneys for Plaintiff
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | CASE NO. C 10-03736 JSW<br>(Related Case: C 10-04017 JSW)<br><br>**STIPULATION RE: CASE SCHEDULE;**<br><br>**SUPPORTING DECLARATION OF ROBERT H. FISCHER;**<br><br>**[PROPOSED] ORDER** |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Rambus Inc. ("Rambus") and Defendant
2  International Business Machines Corporation ("IBM"), through their respective counsel of record,
3  respectfully request, and with the Court's permission, stipulate to a four-week extension of the
4  current case schedule to allow the parties further time to finalize the settlement agreement and
5  related papers.  More specifically, with the Court's permission, the parties hereby stipulate that the
6  current schedule set forth in the May 31, 2011, Stipulated Order [Dkt. 64] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2(a), (b)) | June 13, 2011 | July 11, 2011 |
| Meet and confer re Joint Claim Construction and Prehearing Statement (Patent L.R. 4-2(c)) | June 20, 2011 | July 18, 2011 |
| Last day to request leave to designate additional terms for claims construction JSW Standing Order ¶ 4 | June 24, 2011 | July 22, 2011 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) – Includes Expert Testimony.  Parties must attach copies of patents, make available file histories to Court for each involved patent | July 8, 2011 | August 5, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-3) | August 8, 2011 | September 6, 2011 |
| Rambus Opening Claim Construction Brief (Patent L.R. 4-5(a)). 25 page limit | August 22, 2011 | September 19, 2011 |
| IBM Responsive Claim Construction Brief (Patent L.R. 4-5(b)).  25 page limit | September 6, 2011 | October 4, 2011 |

1

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE
CASE NO. C 10-03736 JSW

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Rambus - Reply Brief and any evidence directly rebutting the supporting evidence (Patent L.R. 4-5(c)). - 15 page limit<br><br>Amended Joint Claim Construction Statement | September 12, 2011 | October 11, 2011 |
| Tutorial for the Court | October ~~5~~ 4, 2011 | November ~~2~~ 1, 2011, or any later date, subject to the convenience of the Court's calendar |
| Claim Construction ("*Markman*") Hearing (Patent L.R. 4-6). | October ~~19~~ 18, 2011 | November ~~16~~ 15, 2011, or any later date, subject to the convenience of the Court's calendar |

By his signature below, counsel for Defendant attests that counsel for Plaintiff concurs in the filing of this stipulation.

Respectfully submitted,

Date: June 10, 2011

FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.


By    /s/ Tina E. Hulse
    Tina E. Hulse (CA Bar No. 232936)
    tina.hulse@finnegan.com
    FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
    3300 Hillview Avenue
    Palo Alto, California 94304-1203
    Telephone:(650) 849-6600
    Facsimile: (650) 849-6666

|   |   |   |
|---|---|---|
| 1 | | Barbara Clarke McCurdy (Admitted *Pro Hac Vice*) |
| 2 | | barbara.mccurdy@finnegan.com<br>Naveen Modi (Admitted *Pro Hac Vice*) |
| 3 | | naveen.modi@finnegan.com<br>Srikala P. Atluri (Admitted *Pro Hac Vice*) |
| 4 | | srikala.atluri@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW, |
| 5 | | GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W. |
| 6 | | Washington, D.C. 20001<br>Telephone:(202) 408-4000 |
| 7 | | Facsimile: (202) 408-4400 |
| 8 | | Attorneys for Plaintiff,<br>Rambus Inc. |
| 9 | | |
| 10 | Dated: June 10, 2011 | By: /s/ Edward A. Kmett<br>Edward A. Kmett (SBN: 204374) |
| 11 | | FITZPATRICK, CELLA, HARPER & SCINTO<br>650 Town Center Drive, Suite 1600 |
| 12 | | Costa Mesa, CA 92626<br>Telephone: (714) 540-8700 |
| 13 | | Facsimile: (714) 540-9823 |
| 14 | | Attorneys for Defendant,<br>International Business Machines Corporation |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED ABOVE

Dated: June 15, 2011

_____
The Honorable Jeffrey S. White
United States District Judge
Northern District of California