1   Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
    barbara.mccurdy@finnegan.com
2   Naveen Modi (Admitted *Pro Hac Vice*)
    naveen.modi@finnegan.com
3   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
4   901 New York Avenue, N.W.
    Washington, D.C.  20001
5   Telephone:     (202) 408-4000
    Facsimile:     (202) 408-4400
6
    Tina E. Hulse (CA Bar No. 232936)
7   tina.hulse@finnegan.com
    FINNEGAN, HENDERSON, FARABOW,
8     GARRETT & DUNNER, L.L.P.
    3300 Hillview Avenue
9   Palo Alto, California  94304-1203
    Telephone:     (650) 849-6600
10  Facsimile:     (650) 849-6666

11  Attorneys for Plaintiff
    Rambus Inc.

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16  RAMBUS INC.,                          | CASE NO. C 10-03736 JSW
                                          | (Related Case:  C 10-04017 JSW)
17             Plaintiff,
                                          | **STIPULATION RE: CASE SCHEDULE;**
18        v.
                                          | **SUPPORTING DECLARATION OF TINA
19  INTERNATIONAL BUSINESS MACHINES       | E. HULSE;**
    CORPORATION,
20                                        | **[PROPOSED] ORDER**
               Defendant.
21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Rambus Inc. ("Rambus") and Defendant

2    International Business Machines Corporation ("IBM"), through their respective counsel of record,

3    respectfully request, and with the Court's permission, stipulate to a one-week extension of the

4    deadline for filing the Joint Claim Construction and Prehearing Statement pursuant to Patent L.R.

5    4.3 so that the parties can discuss an alternative proposal for disposing of this matter and related

6    case, *International Business Machines Corp. v. Rambus Inc.*, No. C 10-04017 JSW.  By this

7    extension, the parties do not request modifying the previously ordered briefing schedule for claim

8    construction or the dates for the Court's technology tutorial or claim construction hearing.  More

9    specifically, with the Court's permission, the parties hereby stipulate that the current schedule set

10   forth in the July 12, 2011, Stipulated Order [Dkt. 68] be modified as follows:

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) – Includes Expert Testimony.  Parties must attach copies of patents, make available file histories to Court for each involved patent | August 12, 2011 | August 19, 2011 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | September 6, 2011 | Same |
| Rambus Opening Claim Construction Brief (Patent L.R. 4-5(a)). 25 page limit | September 19, 2011 | Same |
| IBM Responsive Claim Construction Brief (Patent L.R. 4-5(b)).  25 page limit | October 4, 2011 | Same |
| Rambus - Reply Brief and any evidence directly rebutting the supporting evidence (Patent L.R. 4-5(c)).  - 15 page limit<br><br>Amended Joint Claim Construction Statement | October 11, 2011 | Same |

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE
CASE NO. C 10-03736 JSW

| EVENT | CURRENT SCHEDULE | PROPOSED DATE |
|---|---|---|
| Tutorial for the Court | November 1, 2011 | Same |
| Claim Construction ("*Markman*") Hearing (Patent L.R. 4-6). | November 15, 2011 | Same |

By her signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the filing of this stipulation.

Respectfully submitted,

Date:  August 10, 2011

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.


By:     /s/  Tina E. Hulse
     Tina E. Hulse (CA Bar No. 232936)
     tina.hulse@finnegan.com
     FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
     3300 Hillview Avenue
     Palo Alto, California  94304-1203
     Telephone:(650) 849-6600
     Facsimile: (650) 849-6666

     Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
     barbara.mccurdy@finnegan.com
     Naveen Modi (Admitted *Pro Hac Vice*)
     naveen.modi@finnegan.com
     FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
     901 New York Avenue, N.W.
     Washington, D.C.  20001
     Telephone:(202) 408-4000
     Facsimile: (202) 408-4400

     Attorneys for Plaintiff,
     Rambus Inc.

Dated: August 10, 2011

By:     /s/ Edward A. Kmett
     Edward A. Kmett (SBN: 204374)
     FITZPATRICK, CELLA, HARPER & SCINTO
     650 Town Center Drive, Suite 1600
     Costa Mesa, CA 92626
     Telephone: (714) 540-8700
     Facsimile: (714) 540-9823

     Attorneys for Defendant,
     International Business Machines Corporation

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE
CASE NO. C 10-03736 JSW

1          **SUPPORTING DECLARATION OF TINA E. HULSE**

2     I, TINA E. HULSE, declare as follows:

3          1.   I am an associate at Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel

4     for Plaintiff Rambus Inc. ("Rambus").  I submit this declaration in support of the parties' Stipulation

5     Regarding Case Schedule.  I make this declaration of my own personal knowledge and will

6     competently testify thereto if called upon to do so.

7          2.   On April 15, 2011, May 12, 2011, June 15, 2011, and July 12, 2011, the Court entered

8     Stipulated Orders [Dkt. Nos. 60, 62, 66 and 68], which set forth the claim construction briefing

9     schedule for this action.  The June 15, 2011, Stipulated Order [Dkt. No. 66] also set the technology

10    tutorial for November 1, 2011, at 1:30 p.m. and the *Markman* Hearing for November 15, 2011, at

11    1:30 p.m.

12         3.   The parties previously requested extensions of time to discuss settlement of this case and

13    related case, *International Business Machines Corp. v. Rambus Inc.*, No. C 10-04017 JSW.  While

14    negotiations had come to a standstill, the parties are currently discussing an alternative proposal to

15    dispose of both this case and the related case.  As such, the parties seek a continuance of one week

16    for filing the Joint Claim Construction and Prehearing Statement to allow the parties to further

17    discuss this option.

18         4.   The Court previously granted the Stipulated Orders to permit settlement discussions.

19    Otherwise, the only time modification in this case was to change the Case Management Conference

20    from December 3, 2010, to January 14, 2011, to coincide with the hearing on Rambus's motion to

21    dismiss in related case, *International Business Machines Corp. v. Rambus Inc.*,

22    No. C 10-04017 JSW.  *See* Dkt. No. 48.

23         5.   The requested modification in the current case schedule will not affect any other pre-trial

24    deadlines, such as the previously ordered briefing schedule for claim construction or the dates for the

25    technology tutorial or claim construction hearing, as the pre-trial schedule has not yet been entered

26    in this case.

27

28

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE
CASE NO. C 10-03736 JSW

1      I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct, and this declaration was executed this 10th day of August, 2011.

3

4                                                    /s/  Tina E. Hulse
                                                     Tina E. Hulse
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
CASE SCHEDULE
CASE NO. C 10-03736 JSW

1          **[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4     Dated:  August __11__, 2011                    _____

5                                                    The Honorable Jeffrey S. White
                                                     United States District Judge
6                                                    Northern District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                     STIPULATION AND [PROPOSED] ORDER RE
                                      5                        CASE SCHEDULE
                                                         CASE NO. C 10-03736 JSW