Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
barbara.mccurdy@finnegan.com
Naveen Modi (Admitted *Pro Hac Vice*)
naveen.modi@finnegan.com
Srikala P. Atluri (Admitted *Pro Hac Vice*)
srikala.atluri@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Plaintiff
Rambus Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | CASE NO. C 10-03736 JSW <br> (Related Case: C 10-04017 JSW) <br><br> **STIPULATED NOTICE OF DISMISSAL** <br><br> **[PROPOSED] ORDER** |

1 **STIPULATED NOTICE OF DISMISSAL**

Plaintiff Rambus Inc. ("Rambus") and Defendant International Business Machines Corporation ("IBM"), through their respective counsel, stipulate and request that this Court enter an order dismissing all claims in this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party agrees to bear its own attorneys' fees and costs.

By her signature below, counsel for Rambus attests that counsel for IBM concurs in the filing of this stipulation.

Respectfully submitted,

Date: August 24, 2011
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.


By:   /s/  Tina E. Hulse
   Tina E. Hulse (CA Bar No. 232936)
   tina.hulse@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
   3300 Hillview Avenue
   Palo Alto, California  94304-1203
   Telephone:(650) 849-6600
   Facsimile: (650) 849-6666

   Barbara Clarke McCurdy (Admitted *Pro Hac Vice*)
   barbara.mccurdy@finnegan.com
   Naveen Modi (Admitted *Pro Hac Vice*)
   naveen.modi@finnegan.com
   Srikala P. Atluri (Admitted *Pro Hac Vice*)
   srikala.atluri@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
   901 New York Avenue, N.W.
   Washington, D.C.  20001
   Telephone:(202) 408-4000
   Facsimile: (202) 408-4400

   Attorneys for Plaintiff,
   Rambus Inc.

| | |
|---|---|
| Date: August 24, 2011 | By: /s/ Edward A. Kmett<br>Edward A. Kmett (SBN: 204374)<br>FITZPATRIC, CELLA, HARPER & SCINTO<br>650 Town Center Drive, Suite 1600<br>Costa Mesa, CA 92626<br>Telephone: (714) 540-8700<br>Facsimile: (714) 540-9823<br><br>Attorneys for Defendant,<br>International Business Machines Corporation |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 25, 2011

　　　　　　　　　　　　/s/ Jeffrey S. White　　　　　　　　
The Honorable Jeffrey S. White
United States District Judge
Northern District of California